AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2015 JUN 16 P 4:09

| | |
|---|---|
| United States of America<br>v.<br><br>David Jones, a/k/a "Supa"<br><br>*Defendant* | ) ) Case No. 15cr10148 LTS<br>) (MBB)<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Jones, a/k/a "Supa",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to distribute cocaine base, cocaine, and heroin;
18 USC 2 - Aiding and abetting.

Date: 06/16/2015

*Issuing officer's signature*

City and state: Boston, Massachusetts

Steve York, Deputy Clerk
*Printed name and title*

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS
2015 JUN 19 AM 9:16

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____ | |
| Date: _____ | WARRANT EXECUTED BY [signature]<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 10/18/2015 | *Arresting officer's signature*<br><br>*Printed name and title* |