AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

for the

District of Massachusetts

2015 JUN 16  P 4:09

| | |
|---|---|
| United States of America<br>v.<br><br>Frankie Finklea<br><br>_____<br>*Defendant* | )<br>)  Case No.    15cr10148 LTS<br>)               (MBB)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Frankie Finklea _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to distribute cocaine base, cocaine, and heroin;
18 USC 2    - Aiding and abetting.

2015 JUN 16  AM 9 16
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERK'S OFFICE

Date:     06/16/2015 _____

                                            _____
                                            *Issuing officer's signature*

City and state:     Boston, Massachusetts

                                            Steve York, Deputy Clerk
                                            *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/19/2015

Date: _____

                                            _____
                                            *Arresting officer's signature*

                                            _____
                                            *Printed name and title*