# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 15cr10148 LTS (MBB) |
| Rasheed Marsman | ) | |
| Defendant | ) | |

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

2015 JUN 16 P 4:09

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2015 JUN 19 AM 9:14

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Rasheed Marsman

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to distribute cocaine base, cocaine, and heroin;
18 USC 2   - Aiding and abetting.

Date: 06/16/2015

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Steve York, Deputy Clerk
*Printed name and title*

---

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

EXECUTED BY FBI
ST/ARRAIGNMENT OF THE
...ANT ON 6/18/2015

_____
*Arresting officer's signature*

_____
*Printed name and title*