UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

                                                              DOCKET NO. 15-CR-10148-LTS

FRANKIE FINKLEA

OBJECTION TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

    NOW COMES the defendant, Frankie Finklea, by and through counsel, and hereby objects to the Government's Motion for a Protective Order and joins in the oppositions to said motion filed by defendant David Jones and Jorge Cepeda.

    In support of his objection, the defendant submits, as have defendant's Jones and Cepeda, that there are alternative means, such as redacting of names and identifying information of potential witnesses and/or cooperators, to address the Government's concerns and that none of the allegations referenced in the Government's motion name and/or involve the defendant.

    WHEREFORE, the defendant respectfully requests that this Court deny the Government's Motion for Protective Order and that this Court order the Government to produce discovery as required by F.R.Cr.P. Rule 16 and Local Rules.

                                                    Respectfully submitted,
                                                    Frankie Finklea
                                                    By His Attorney,

DATE:      July 23, 2015                    __/s/ Paul J. Garrity_____
                                                    Paul J. Garrity
                                                    Bar No. 555976
                                                    14 Londonderry Road
                                                    Londonderry, NH  03053
                                                    603-434-4106

CERTIFICATE OF SERVICE

    I, Paul J. Garrity, hereby certify that on this 23rd day of July, 2015 a copy of the within Objection to Government's Motion to Protective Order has been efiled to all parties of record and mailed, postage prepaid, to Frankie Finklea.

                              /s/ Paul J. Garrity