UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 15-10148-LTS |
| ) | |
| DAVID JONES et al, ) | |
| Defendants. ) | |

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States of America, through undersigned counsel, respectfully moves this Honorable Court to exclude, under the Speedy Trial Act, the time period from the defendants' interim status conference on September 21, 2015, through the date of the Second Interim Status Conference currently scheduled for December 1, 2015.  The defendants assent to this motion. As grounds for the motion, the government states as follows:

The time from the defendants' interim status conference on September 21, 2015 through the date of the second interim status conference currently set for December 1, 2015, should be excluded pursuant to 18 U.S.C.§ 3161 (h)(7)(D) and 18 U.S.C.§ 3161 (h)(7)(A) as there are several detention motions pending and the ends of justice are served as discovery is on-going and many of the parties are working towards possible resolution of the case.

For the foregoing reasons, the United States respectfully requests that this Motion be allowed and that the Court exclude the time from September 21, 2015 through December 1, 2015, under the Speedy Trial Act.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By:   /s/ Emily Cummings
       Emily Cummings
       Assistant U.S. Attorney

<u>Certificate of Service</u>

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non-registered participants on this date.

Dated: September 21, 2015         /s/ Emily Cummings
                     EMILY CUMMINGS