AO83 (Rev. 10/03) Summons in a Criminal Case                                              15CR10148-LTS

## RETURN OF SERVICE

Service was made by me on:[1]      Date  12/15/15, 2:35 pm

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: Mt. Everett St, Dorchester, MA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____       _____ SA/FBI
                  Date                              Name of United States Marshal

                                            Timothy R. Kenny
                                            (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.